

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TINA RABALAIS KNOLL, individually and as Natural Tutrix of her minor child, ANDREE N. KNOLL | { { { { | CIVIL ACTION<br><br>NO. 1:11-CV-01725 |
| VERSUS | { { | JUDGE TRIMBLE |
| BANNER LIFE INSURANCE COMPANY | { { { | MAG. JUDGE KIRK |

## ORDER

Considering the Proposed Plan of Work submitted herein,

IT IS ORDERED that the Plan of Work be and is hereby accepted and shall become the Scheduling Order in this case, subject to the following modifications:

_____

_____

It appearing to the Court that the provisions of the Plan of Work will be satisfied on _____, 2012;

IT IS FURTHER ORDERED that a pretrial conference be held, in Chambers, on _____, 2012, beginning at _____.m.

IT IS FURTHER ORDERED that the Clerk of Court send out the Civil Case Management Order No. 2- Pretrial Proceedings and Standing Order-Possession and Use of Electronic Devices in the Courtroom.

SIGNED on this 24 day of _____, 2012, at Alexandria, Louisiana.

JUDGE TRIMBLE